UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JEROME CONERLY,

    Plaintiff,

    v.

SANTA CLARA COUNTY BOARD OF SUPERVISORS, et al.,

    Defendants.

Case No. 16-cv-01175-SI

**ORDER FOR AMENDMENT**

Re: Dkt. No. 11

This *pro se* prisoner's civil rights action was recently reassigned to the undersigned because not all of the parties consented to proceed before a magistrate judge. Before this action was reassigned, Magistrate Judge James had issued an order of dismissal with leave to amend in which plaintiff was instructed, among other things, to "provide information as to whether the criminal charges are still pending, resulted in a conviction, or resulted in a dismissal." (Docket No. 7 at 3.) Plaintiff's amended complaint (Docket No. 11) did not provide the required information. He will be given one more chance. No later than **November 30, 2016**, plaintiff must file an amendment to his amended complaint in which he states whether the criminal charges arising from his October 6, 2014 arrest are still pending, resulted in a conviction, resulted in a dismissal, or were set aside by a court. Failure to file the amendment by the deadline will result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED**.

Dated: November 1, 2016

_____
SUSAN ILLSTON
United States District Judge