UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME CONERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | Case No.  16-cv-01175-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action for damages if his conviction is ever set aside and without prejudice to plaintiff filing a state court action to assert his state law claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:   December 7, 2016

_____
SUSAN ILLSTON
United States District Judge